AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/5/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jaime Rodriguez-Chacon,<br>A #062 150 144<br><br>*Defendant* | )<br>)<br>) Case No. 25-3127MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 29, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jaime Rodriguez-Chacon, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 31, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY
Digitally signed by CHARLES BAILEY
Date: 2025.04.07 09:35:02 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for SAUSA Regan Pauls

☒ Continued on the attached sheet.

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.04.07 12:30:14 -07'00'

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: April 7, 2025

M Morrissey
*Judge's signature*

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about March 29, 2025, Jaime Rodriguez-Chacon was arrested by troopers with the Arizona Department of Public Safety and booked into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Rodriguez-Chacon was confined at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ for Rodriguez-Chacon. On or about April 5, 2025, Rodriguez-Chacon was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Rodriguez-Chacon was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jaime Rodriguez-Chacon to be a citizen of Mexico and a previously deported alien. Rodriguez-Chacon was removed from the United States to Mexico, through Nogales, Arizona, on or about December 31, 2024, pursuant to a final order of removal issued by an immigration judge. There is no record of

Rodriguez-Chacon in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Rodriguez-Chacon's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about September 27, 2024, Jaime Rodriguez-Chacon was convicted of Transportation of Illegal Aliens, a felony offense, in the United States District Court, District of Arizona. Rodriguez-Chacon was sentenced to eight (8) months of imprisonment, and thirty-six (36) months of supervised release. Rodriguez-Chacon's criminal history was matched to him by electronic fingerprint comparison.

5. On or about April 5, 2025, Jaime Rodriguez-Chacon was advised of his constitutional rights. Rodriguez-Chacon freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, on or about March 29, 2025, during his initial encounter with ICE agents, Rodriguez-Chacon admitted that he illegally entered the United States in or around "January of 2025," at or near Nogales, Arizona, without inspection by immigration officials.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 29, 2025, Jaime Rodriguez-Chacon, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales,

Arizona, on or about December 31, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

**LUIS E TERAN**
Digitally signed by LUIS E TERAN
Date: 2025.04.07 12:30:52 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
April 7, 2025

M Morrissey

Michael T. Morrissey
United States Magistrate Judge

3